# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 381ST JUDICIAL DISTRICT COURT OF STARR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on August 26, 2015, the cause upon appeal to revise or reverse your judgment between

Guadalupe Cantu Farias, et al., Appellant

V.

Graciela Reyna, et al., Appellee

No. 04-15-00088-CV and Tr. Ct. No. DC-13-261

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against the party who incurred them.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on November 2, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00088-CV

**Guadalupe Cantu Farias, et al.**

**v.**

**Graciela Reyna, et al.**

(NO. DC-13-261 IN 381ST JUDICIAL DISTRICT COURT OF STARR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | VICTORIA GUERRA |
| MOTION FEE | $10.00 | E-PAID | VICTORIA GUERRA |
| MOTION FEE | $10.00 | E-PAID | VICTORIA GUERRA |
| REPORTER'S RECORD | $101.00 | PAID | MARGIL SANCHEZ |
| REPORTER'S RECORD | $0.00 | UNKNOWN | |
| REPORTER'S RECORD | $204.00 | UNKNOWN | MS. VICTORIA GUERRA |
| CLERK'S RECORD | $627.00 | PAID | MAIME FARIAS RODRIGUEZ |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | VICTORIA  GUERRA |
| INDIGENT | $25.00 | E-PAID | VICTORIA  GUERRA |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | VICTORIA  GUERRA |
| FILING | $100.00 | E-PAID | VICTORIA  GUERRA |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this November 2, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853